**Order filed March 7, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00920-CR**

_____

**PHILIP WADE ELLISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 67168**

## ORDER

Appellant has determined that the **Reporter's Record from the April 5, 2012 plea hearing and exhibits admitted at the hearing** are missing from the record filed in this appeal.

The court reporter for the 23rd District Court is directed to deliver to the Clerk of this court the Reporter's Record from the April 5, 2012 plea hearing and exhibits admitted at the hearing on or before **March 21, 2013.**


PER CURIAM